**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No:   08-61437 |
| NICHOLAS DOW HUDDY | | |
| SAMANTHA J HUDDY | : | Chapter 13 |
| | : | Judge:   CHARLES M. CALDWELL |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  July 26, 2011                     /s/ Frank M. Pees
                                                   _____
                                                   Frank M. Pees
                                                   Chapter 13 Trustee

**Name and Address**                                                **Amount**

Geauga Savings                                                          52.49
10800 Kinsman Road
Newbury, OH  44065